**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
BRYANT KIRBY PRESTON,

                      Plaintiff,                    22 **CIVIL** 1964 (SLC)

      -v-                                     **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                      Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 16, 2022, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceeding, including affording Plaintiff the opportunity for a new hearing.

**Dated:** New York, New York
         September 16, 2022

                                  **RUBY J. KRAJICK**

                                  _____
                                      **Clerk of Court**

                 **BY:**                                  

                                    _____
                                      **Deputy Clerk**